THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. MAHER, Appellant, *v.* FRANCIS V. GREENE, as Commissioner of Police of the City of New York, et al., Respondents.

*People ex rel. Maher* v. *Greene*, 92 App. Div. 621, appeal dismissed.
(Argued October 5, 1904; decided October 11, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1904, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the reinstatement of the relator in the position of detective sergeant.in the police department of the city of New York.

*William M. K. Olcott* and *Henderson Peck* for appellant.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, MARTIN, VANN and WERNER, JJ. Absent: GRAY and HAIGHT, JJ.

---

In the Matter of the Estate of REUBEN SMITH, Deceased.
ELIAS SPENCER, as Administrator of the Estate of PATIENCE SPENCER, Deceased, Appellant; I. STODDARD PENFIELD et al., as Executors of THOMAS D. PENFIELD, Deceased, Respondents.

*Matter of Smith,* 66 App. Div. 340, affirmed.
(Argued October 3, 1904; decided October 18, 1904.)

APPEAL from an order of the Appellate Division of. the Supreme Court in the fourth judicial department, entered November 12, 1901, which reversed a judgment of the Oneida County Surrogate's court in favor of the appellant herein.

*John C. Davies, R. S. Johnson* and *Charles R. Coville* for appellant.

*William Kernan* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Absent: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. G. HYDE & SONS, Appellant, *v.* NATHAN L. MILLER, as Comptroller of the State of New York, Respondent.

*People ex rel. Hyde & Sons* v. *Miller,* 90 App. Div. 599, affirmed.
(Argued October 3, 1904; decided October 18, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 15, 1904, which confirmed a determination of the defendant imposing a tax upon the relator.

*James J. Allen* for appellant.

*John Cunneen, Attorney-General* (*William H. Wood* on the brief), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Absent: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES GANNON, Appellant, *v.* FRANCIS V. GREENE, Commissioner of Police of the Police Department of the City of New York, Respondent.

*People ex rel. Gannon* v. *Greene,* 91 App. Div. 612, affirmed.
(Argued October 3, 1904; decided October 18, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1904, which dismissed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the position of captain in the police department of the city of New York.